**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MARIA VILLALOBO,

                Plaintiff,

      -against-

ANDREW M. SAUL,
Commissioner of Social Security,
                Defendant.
-----------------------------------------------------------X

19 **CIVIL** 11560 (CS)(JCM)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/25/2021

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated February 25, 2021, no objections to the Report and Recommendation (the "R&R") have been filed, having reviewed it for clear error, none were found. Accordingly, the R&R is adopted as the decision of the Court. Plaintiff's motion for judgment on the pleadings is denied, and Defendant's cross-motion for judgment on the pleadings is granted; accordingly, the case is closed.

**Dated:** New York, New York
        February 25, 2021

                                                **RUBY J. KRAJICK**

                                                  Clerk of Court
                   **BY:**
                                          _KMango_
                                          **Deputy Clerk**